# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00019-CV

**In re Texas Allergy, Asthma, and Immunology Society; Stuart L. Abramson, M.D., Ph.D.; Wesley W. Stafford, M.D.; Theodore M. Freeman, M.D.; William McKenna, M.D.; and Michael P. Vaughn, M.D., Ph.D.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: January 24, 2013